AO 91 (Rev. 11/11) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
JUN 30 2026
ERIK PALTROW
CLERK OF COURT

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Fred Andrew Berry

*Defendant(s)*

Case No. 26-3301 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 11, 2026 in the county of Dona Ana in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threats to a federal law enforcement officer |

This criminal complaint is based on these facts:

See attached "Affidavit," incorporated entirely herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Buckrop, FBI Special Agent
*Printed name and title*

Electronically signed and telephonically sworn

Date: June 30, 2026

*Judge's signature*

City and state: Las Cruces, New Mexico

Jerry H. Ritter, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

1. This affidavit is made in support of a criminal complaint charging Fred Andrew Berry ("Berry"), with a violation of 18 U.S.C. § 115(a)(1)(B), Threats to a federal law enforcement officer.

2. I, Ryan Buckrop, am a Federal Bureau of Investigation (FBI) Special Agent currently assigned to the FBI Albuquerque Division, Las Cruces Resident Agency. I have been an FBI Special Agent since August 2016. Since May 2017, I have been assigned to the FBI Southern New Mexico Safe Streets Gang Task Force (SSGTF) where I currently serve as Task Force Coordinator. In that capacity, I oversee the day-to-day operations of the SSGTF and conduct investigations of criminal organizations, violent repeat offenders, and other federal drug and firearm related crimes. As an FBI Special Agent, I am authorized to investigate crimes involving threats to federal law enforcement officers.

3. I am familiar with the facts and circumstances of the investigation into Fred Andrew Berry. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or reliable sources. Since this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant has committed a violation(s) of 18 U.S.C. § 115(a)(1)(B).

4. Title 18 U.S.C. § 115(a)(1)(B) makes it a crime for someone to threaten to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement

officer, or an official whose killing would be a crime under such section with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of their official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties. A United States Forest Service Officer is a federal law enforcement officer of the United States pursuant to 18. U. S.C. §1114.

5. I learned the following based on conversations with the investigating United States Forest Service (USFS) Special Agent, a review of the USFS Officer incident report, a review of a Bureau of Land Management (BLM) Ranger incident report, and a court security officer report.

6. On or about June 11, 2026, USFS Officer CA (hereinafter referred to as Officer CA) was in full uniform displaying their badge of office while performing their official duties at the federal courthouse in Las Cruces, New Mexico (NM). Officer CA was attending the Central Violations Bureau (CVB) court docket as a court liaison. Also in attendance was Fred Andrew Berry (Berry) who had been summoned to appear for a sentencing hearing.

7. At the conclusion of Berry's sentencing hearing, Officer CA approached Berry as he was leaving the courtroom to issue him two citations for conduct that occurred on USFS land, one for maintaining a campfire during campfire restrictions and another for failing to properly dispose of garbage. After Officer CA handed Berry the citations and explained the violations, Berry leaned in closer to Officer CA and said, "just know that if I see you in the streets." Berry then leaned back, pointed his index finger at Officer CA and said, "you're a dead terrorist bitch." Officer CA observed Berry gritting his teeth and tense up his body when he made that statement. Officer CA believed at that time that Berry might physically attack him and Officer CA repositioned themselves behind Berry in a defensive position. Berry then walked out of the courtroom and was

followed by Officer CA and a courtroom security officer. Officer CA asked Berry if he was threatening them. Berry was advised by the court security officer that he needed to leave.

8. Also present during the CVB court docket was BLM Ranger JC. Following Berry's sentencing hearing, BLM Ranger JC observed Officer CA issue the additional citations to Berry followed by an apparent argument between Berry and Officer CA. During that argument, BLM Ranger JC overheard Berry call Officer CA a "terrorist" and a "bitch" while aggressively pointing his finger at Officer CA.

9. A Courtroom Security Officer (CSO) was also present in the courtroom during the CVB court docket and Berry's sentencing hearing. The CSO observed Berry leaving the courtroom following his sentencing hearing and Officer CA approach Berry to issue additional citations. The CSO then heard Berry tell Officer CA, "If I see you in the streets, you're a dead terrorist" while Berry pointed at Officer CA. The CSO and Officer CA followed Berry out of the courtroom and the CSO heard Officer CA ask Berry if that was a threat and the CSO heard Berry respond, "I said what I said." The CSO then told Berry that he had to leave.

(continued on next page)

10. Based on the foregoing, there is probable cause to believe that Fred Andrew Berry violated 18 U.S.C. § 115(a)(1)(B), Threats to a federal law enforcement officer.

11. Assistant United States Attorney Alan Aguirre-Rivera approved the charges filed in this criminal complaint.

**DATED:** 06/29/2026

Ryan Buckrop
Special Agent
Federal Bureau of Investigation

Electronically signed and telephonically sworn this 30 day of June 2026.

JERRY H. RITTER, UNITED STATES MAGISTRATE JUDGE