IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2026 JUL 22 AM 11:47
CLERK LAS CRUCES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26-3423 MLS |
| | ) | |
| vs. | ) | 18 U.S.C. § 115(a)(1)(B): Influencing, Impeding, and Retaliating Against a Federal Official by Threatening. |
| | ) | |
| **FRED ANDREW BERRY,** | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about June 11, 2026, in Doña Ana County, in the District of New Mexico, the defendant, **FRED ANDREW BERRY**, threatened to assault and murder John Doe, an officer and employee of the United States Forest Service, with the intent to impede, intimidate, and interfere with John Doe while John Doe was engaged in, and on account of, the performance of John Doe's official duties, and with the intent to retaliate against John Doe on account of the performance of John Doe's official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

*7/15/26 RCW*